**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| NIKE, INC., <br><br> Plaintiff, <br><br> v. <br><br> WENZHOU FUXIN CRAFT FACTORY, et al., <br><br> Defendants. | Case No. 23-cv-16114 <br><br> **Judge Franklin U. Valderrama** <br><br> **Magistrate Judge Gabriel A. Fuentes** |

<u>**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**</u>

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Nike, Inc. ("Plaintiff" or "Nike") hereby dismisses this action, with leave to reinstate within two hundred and seventy (270) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ruiyingfuzhuang | 8 |
| Sxlmouky Fashion Shop | 11 |
| Yuerlian Clothing | 22 |

Dated this 11th day of January 2024.    Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law

*Counsel for Plaintiff Nike, Inc*